

**San Diego Unified School District**                    **08cv0039-L (RBB)**

**-v-**

**T.B., et al.**

# STRICKEN DOCUMENT

**3-Waiver of Service of Summons**

**3**