SUE ANN SALMON EVANS, State Bar No. 151562
sevans@mbdlaw.com
AMY R. LEVINE, State Bar No. 160743
alevine@mbdlaw.com
SARAH L. W. SUTHERLAND, State Bar No. 239889
ssutherland@mbdlaw.com
MILLER BROWN & DANNIS
750 B Street, Suite 2310
San Diego, CA 92101
Telephone: (619) 595-0202
Facsimile: (619) 702-6202

Attorneys for San Diego Unified School District

UNITED STATES DISTRICT COURT

SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| San Diego Unified School District,<br><br>Plaintiff,<br><br>v.<br><br>T.B., a minor, Allison Brenneise and Robert Brenneise, his parents, and Steven Wyner and Wyner and Tiffany<br><br>Defendants. | Case No. 08 CV 0039 L RBB<br><br>**NOTICE OF RELATED CASES [Civ.L.R. 40.1(e)]**<br><br>**Trial:**           none set |

I.  **NOTICE OF RELATED CASES**

Pursuant to the Local Rules of Practice for the United States District Court for the Southern District of California Civil Rule 40.1, notice is hereby given that the above captioned case entitled San Diego Unified School District v. T.B. et. al., United States District Court – Southern District of California, Case No. 08 CV 0039 L RBB, filed on January 4, 2008, is related to the case entitled Tyler Brenneise et. al. v. San Diego Unified School District, United States District Court – Southern District of California, Case No. 08 CV 0028 WQH WMc, also filed on January 4, 2008.

The cases are related in that both cases involve the same parties and are based on the same or similar claims and events. Civ.L.R. 40.1(f)(1) and (2). More specifically, both cases pertain to

1
**NOTICE OF RELATED CASES**

LB 103585v1

the same student, same family, same school district, same school year, same counsel, and same offers of a free, appropriate public education.

The cases are also related on the ground that both cases involve the same or substantially similar questions of law. Civ.L.R. 40.1(f)(3). Both parties seek review of the same underlying administrative proceeding, convened pursuant to the Individuals with Disabilities Education Improvement Act ("IDEA"), 20 U.S.C. sections 1400 *et seq.*, and adjudication of rights under the IDEA. Both cases are currently pending in the same court, but are currently assigned to different judges. Assigning both cases to the same judge, and ultimately consolidating both cases, will prevent substantial duplication of efforts and will be in the best interest of all parties and the Court. Civ.L.R. 40.1

DATED: February 14, 2008           MILLER BROWN & DANNIS


By: /s/
SARAH L. W. SUTHERLAND
Attorneys for San Diego Unified School District