# PROOF OF SERVICE

STATE OF CALIFORNIA     )
                        ) ss.
COUNTY OF SAN DIEGO     )

I am employed in the County of San Diego, State of California. I am over the age of 18 and not a party to the within action; my business address is: Symphony Towers, 750 B Street, Suite 2310, San Diego, CA 92101.

On the date set forth below I served the foregoing document described as NOTICE OF RELATED CASES on interested parties in this action by placing true copies thereof enclosed in sealed envelopes addressed as follows:

Steven Wyner
Wyner & Tiffany
970 W. 190th Street, Suite 302
Torrance, CA 90502

[X] **(VIA U.S. MAIL)** I caused such document to be placed in the U.S. Mail at San Diego, California with postage thereon fully prepaid.

I am "readily familiar" with the firm's practice of collection and processing correspondence for mailing. It is deposited with the U.S. Postal Service on that same day in the ordinary course of business. I am aware that on motion of party served, service is presumed invalid if postal cancellation date or postage meter date is more than one day after date of deposit for mailing in affidavit.

[ ] **(VIA FACSIMILE)** I caused such document to be transmitted via facsimile to the addressee from the facsimile machine of Miller Brown & Dannis whose phone number is (619) 702-6202. The transmission by facsimile was reported as complete and without error

[ ] **(BY PERSONAL SERVICE)** I caused such envelope to be delivered by hand to the offices of the addressee.

[ ] **(VIA OVERNIGHT MAIL)** I caused such envelope to be deposited at an authorized "drop off" box on that same day with delivery fees fully provided for at Symphony Towers, 750 B Street, Suite 2310, San Diego, CA 92101, in the ordinary course of business.

[ ] **(STATE)** I declare under penalty of perjury under the laws of the State of California that the foregoing is true and correct.

[X] **(FEDERAL)** I declare that I am employed in the office of a member of the bar of this court at whose direction this service was made.

Executed on February 15, 2008 at San Diego, California.

_____Janice Karr_____              _____[Signature]_____
Type or Print Name                   Signature

Miller Brown & Dannis
Symphony Towers
750 B Street, Suite 2310
San Diego, CA 92101

LB 74940v1

1