*Wyner & Tiffany*
Attorneys at Law
Steven Wyner (SBN 77295)
swyner@specialedlaw.org
Marcy J.K. Tiffany (SBN 78421)
mtiffany@specialedlaw.org
Dana Wilkins (SBN 245596)
dwilkins@specialedlaw.org
970 W. 190th Street, Suite 302
Torrance, California 90502
Phone: (310) 225-2880
Fax: (310) 225-2881
Attorneys for Defendants

# UNITED STATES DISTRICT COURT

## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>　　　　　　　Plaintiff,<br>v.<br><br>T.B., a minor, ALLISON BRENNEISE and ROBERT BRENNEISE, his parents, STEVEN WYNER, and WYNER AND TIFFANY,<br>　　　　　　　Defendants. | Case No.: 08 CV 0039 WQH (WMc)<br><br>NOTICE OF ATTORNEY APPEARANCE<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>HON. WILLIAM Q. HAYES |

TO: Plaintiff SAN DIEGO UNIFIED SCHOOL DISTRICT, and to their counsel of record:

NOTICE IS HEREBY GIVEN that Defendants T.B., a minor, ALLISON BRENNEISE and ROBERT BRENNEISE, his parents, STEVEN WYNER and WYNER & TIFFANY will be represented in this matter by the law firm of Wyner & Tiffany, generally, and specifically by Steven Wyner (SBN 77295), Marcy J.K. Tiffany (SBN 78421), and Dana H. Wilkins (SBN 245596). Mr. Wyner, Ms. Tiffany and Ms. Wilkins are all duly licensed to practice in the State of California and are all admitted to practice in the United States District Court, Southern District of California.

Dated: March 5, 2008

Respectfully submitted,

*Wyner & Tiffany*
ATTORNEYS AT LAW

/s/ Dana H. Wilkins
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of 18 and that I am not a party to this action. On March 5, 2008, I served this Notice of Attorney Appearance on the San Diego Unified School District by serving their counsel of record electronically, having verified on the court's CM/ECF website that such counsel is currently on the list to receive emails for this case, and that there are no attorneys on the manual notice list.

Dated: March 5, 2008                                                         /s/ Dana H. Wilkins