## *Wyner & Tiffany*
Attorneys at Law

Steven Wyner (SBN 77295)
swyner@specialedlaw.org
Marcy J.K. Tiffany (SBN 78421)
mtiffany@specialedlaw.org
Dana Wilkins (SBN 245596)
dwilkins@specialedlaw.org
970 W. 190th Street, Suite 302
Torrance, California 90502
Phone: (310) 225-2880
Fax: (310) 225-2881

Attorneys for Defendants

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SAN DIEGO UNIFIED SCHOOL DISTRICT,<br><br>        Plaintiff,<br>v.<br><br>T.B., a minor, ALLISON BRENNEISE and ROBERT BRENNEISE, his parents, STEVEN WYNER, and WYNER AND TIFFANY,<br><br>        Defendants. | Case No.: 08 CV 0039 WQH (WMc)<br><br>NOTICE OF NON-OPPOSITION TO PLAINTIFF'S MOTION TO CONSOLIDATE<br><br>Date:   MARCH 24, 2008<br>Time:   11:00 AM<br><br>**NO ORAL ARGUMENT UNLESS REQUESTED BY THE COURT**<br><br>HON. WILLIAM Q. HAYES |

|   |   |
|---|---|
| 1 | TO: Plaintiff SAN DIEGO UNIFIED SCHOOL DISTRICT, and to their counsel of |
| 2 | record: |
| 3 | NOTICE IS HEREBY GIVEN that Defendants T.B., a minor, ALLISON |
| 4 | BRENNEISE and ROBERT BRENNEISE, his parents, STEVEN WYNER and WYNER |
| 5 | & TIFFANY do not oppose Plaintiff's Motion to Consolidation of *San Diego Unified* |
| 6 | *School District v. T.B., a minor, Allison Brenneise and Robert Brenneise, his parents, and* |
| 7 | *Wyner & Tiffany,* Case No. 08 CV 0039 WHQ (WMc), with *Tyler Brenneise, Allison* |
| 8 | *Brenneise and Robert Brenneise*, Case No. 08 CV 0028 WQH (WMc). |
| 9 | Defendants agree that consolidation is appropriate at this time, particularly in light |
| 10 | of the February 22, 2008 transfer of the above-captioned matter to the Honorable William |
| 11 | Q. Hayes pursuant to the "Low Number Rule". |

Dated: March 5, 2008                                                  Respectfully submitted,

*Wyner & Tiffany*
ATTORNEYS AT LAW


/s/ Dana H. Wilkins
Attorneys for Defendants

CERTIFICATE OF SERVICE

I, the undersigned, declare under penalty of perjury, that I am over the age of 18 and that I am not a party to this action. On March 5, 2008, I served this Notice of Non-Opposition to Plaintiff's Motion to Consolidate on the San Diego Unified School District by serving their counsel of record electronically, having verified on the court's CM/ECF website that such counsel is currently on the list to receive emails for this case, and that there are no attorneys on the manual notice list.

Dated: March 5, 2008                                        /s/ Dana H. Wilkins