1  SUE ANN SALMON EVANS, State Bar No. 151562
   sevans@mbdlaw.com
2  AMY R. LEVINE, State Bar No. 160743
   alevine@mbdlaw.com
3  SARAH L. W. SUTHERLAND, State Bar No. 239889
   ssutherland@mbdlaw.com
4  MILLER BROWN & DANNIS
   750 B Street, Suite 2310
5  San Diego, CA 92101
   Telephone: (619) 595-0202
6  Facsimile: (619) 702-6202

7  Attorneys for San Diego Unified School District

8

9                   UNITED STATES DISTRICT COURT

10              SOUTHERN DISTRICT OF CALIFORNIA

11  San Diego Unified School District,          Case No.  08 CV 0039 WQH  (WMc)

12              Plaintiff,                       **CERTIFICATE OF SERVICE**

13        v.                                     Complaint Filed:      January 4, 2008

14  T.B., a minor, Allison Brenneise and
    Robert Brenneise, his parents, Steven
15  Wyner and Wyner and Tiffany,

16              Defendant.

17

18                   <u>**CERTIFICATE OF SERVICE**</u>

19  STATE OF CALIFORNIA              )
                                     )  ss.
20  COUNTY OF SAN DIEGO             )

21

22        I am employed in the County of San Diego, State of California.  I am over the age of 18

23  and not a party to the within action; my business address is: 750 B Street, Suite 2310, San Diego,

24  California, 92101.

25        On the date set forth below I served the foregoing documents described as:

26  **PLAINTIFF'S OPPOSITION TO DEFENDANTS' MOTION TO DISMISS COUNTS
    TWO AND THREE; and**

27

28

MILLER BROWN & DANNIS
SYMPHONY TOWERS
750 B STREET, SUITE 2310
SAN DIEGO, CA 92101

1

CERTIFICATE OF SERVICE

1   **PLAINTIFF'S APPENDIX OF FOREIGN AUTHORITIES IN SUPPORT OF**
2   **OPPOSITION TO DEFENDANTS' MOTION TO DMSMISS COUNTS TWO AND THREE**

3

4   on plaintiffs by serving counsel of record electronically, having verified on the court's CM/ECF

5   website that such counsel is currently on the list to receive emails for this case, and that there are

6   no attorneys on the manual notice list.

7   DATED: April 10, 2008                              MILLER BROWN & DANNIS

8

9                                                      By:    /s/ Sarah L. W. Sutherland
10                                                     SUE ANN SALMON EVANS
                                                       AMY R. LEVINE
11                                                     SARAH L. W. SUTHERLAND
                                                       Attorneys for Defendant
12                                                     San Diego Unified School District

13

14

15

16

17

18

19

20

21

22

23

24

25

26

27

28

MILLER BROWN & DANNIS
SYMPHONY TOWERS
750 B STREET, SUITE 2310
SAN DIEGO, CA 92101

2

**CERTIFICATE OF SERVICE**

LB 107554v1