# UNITED STATES DISTRICT COURT

**Southern District of California**

Office Of The Clerk
880 Front Street, Room 4290
San Diego, California 92101–8900
Phone: (619) 557–5600
Fax: (619) 702–9900

W. Samuel Hamrick, Jr.,
Clerk of Court

June 24, 2008

Attention counsel and pro se litigants:

Re: San Diego Unified School District v. T.B., et al., Case No. 3:08–cv–00039–WQH–WMC

You are hereby notified that as of 6/24/08, case 3:08–cv–00039–WQH–WMC was consolidated with the lead case 08cv28 WQH(WMc) .

ALL FURTHER DOCKETING WILL BE DONE IN THE LEAD CASE 08cv28 WQH(WMc) . Please include the lead case number on all further filings.

Sincerely yours,

W. Samuel Hamrick, Jr.,
Clerk of the Court

By: s/ J. Hathaway, Deputy Clerk

Copy to Clerk
Copy to Appropraite Courtroom Clerk
Copy to Chambers